IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ACCELERANT SPECIALTY INSURANCE COMPANY, | * * * | |
| Plaintiff | * * | |
| VERSUS | * * | CIVIL ACTION NO. 4:23-cv-00803 |
| SERO SERVICES, LLC | * * * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS FOR LACK OF
PERSONAL JURISDICTION AND/OR LACK OF VENUE
AND/OR MOTION TO TRANSFER TO COURT OF PROPER VENUE**

MAY IT PLEASE THE COURT:

NOW INTO COURT, through undersigned counsel, comes Sero Services, LLC, who moves this Court to dismiss the instant action based on lack of personal jurisdiction over defendant and/or that this is a Court of improper venue, and/or transfer the case to a court of proper venue, all for the reasons as set forth in defendant's Memorandum in Support of the instant Motion.

Respectfully submitted,

SCHOUEST, BAMDAS,
SOSHEA, BENMAIER & EASTHAM

_____
RICHARD COZAD
Texas Bar No. 24004428
rcozad@sbsblaw.com
365 Canal Street, Suite 2450
New Orleans, Louisiana 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
*Attorney for Sero Services, LLC*

LANE LOWERY
Texas Bar No. 24013065
S.D. Tex. ID No. 26178
llowrey@sbsblaw.com
1001 McKinney, Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0446
Facsimile: (713) 574-2942

## CERTIFICATE OF SERVICE

I hereby certify that on this  9  day of  June , 2023, a copy of the above and foregoing pleading has been served on counsel for all parties to this proceeding via email.

_____
RICHARD A. COZAD