IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Accelerant Specialty Insurance Company                *

**Plaintiff,**

                                     *

v.                                             Case No. 1:23cv02002-RDB

Sero Services, LLC             *

**Defendant.**                             *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Plaintiff**

I certify that I am admitted to practice in this Court.

**August 8, 2023**
Date

_/s/ Jason E. Ohana_
Signature

**Jason E. Ohana, 30646**
Printed name and bar number

Willcox & Savage, P.C., 440 Monticello Avenue, Suite 2200, Norfolk, VA 23510
Address

**johana@wilsav.com**
Email address

**757/628-5500**
Telephone number

**757/628-5566**
Fax number

EntryofAppearanceCivil (08/2015)